

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00104-CV

**IN THE INTEREST OF J.M.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00140
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED August 3, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice